DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorney for Plaintiff, ARULSENTHILK SHANMUGAM and SUJAI SHANMUGAUNDRARAM

SOHEYL TAHSILDOOST, ESQ. (SBN 271294)
MEHGAN GALLAGHER, ESQ. (SBN 338699)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Suite 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244

Attorneys for Defendant, MERCEDES-BENZ USA LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARULSENTHILK SHANMUGAM, an individual, SUJAI SHANMUGASUNDARAM, an individual,<br><br>Plaintiffs,<br>v.<br><br>MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br>Defendants. | Case No. 2:20-cv-01647-WBS (KJNx)<br><br>(Removed from Sacramento Superior Court – Case No. 34-2020-00278999-CU-BC-GDS)<br><br>**JOINT STIPULATION TO EXTEND TIME ON FILING FOR MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES; ORDER**<br><br>Action Filed: May 18, 2020<br>Trial Date: None<br><br>*Assigned for all purposes to*<br>**THE HON. WILLIAM B. SHUBB**<br>**Courtroom 2** |

-1-

**JOINT STIPULATION TO EXTEND TIME FOR FILING FOR MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES; ORDER**

**TO THE COURT:**

Plaintiffs Arulsenthilk Shanmugam and Sujai Shanmugasundarm and Defendant MERCEDES-BENZ USA LLC hereby stipulate to extend the time for filing Plaintiffs' Motion for Attorneys' Fees, Costs and Expenses and Bill of Costs.

WHEREAS, on February 3, 2022, the Court entered judgment on this matter and dismissed the case without prejudice;

WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 6(a)(1)(A), the parties are within the time period wherein they are allowed to extend, by written stipulation, the otherwise applicable deadlines for filing memorandum of costs and motions for attorneys fees;

WHEREAS, the parties have met and conferred and desire additional time to negotiate in good faith to attempt to resolve Plaintiffs' claims without further litigation;

THEREFORE, based on the foregoing facts, the parties hereby stipulate as follows:

1. The deadline to file and serve a bill of costs is 14 days from February 17, 2022 or by March 3, 2022.
2. The deadline to file and serve a motion for attorney's fees and costs is 14 days from March 3, 2022 or by March 17, 2022.

Date:  February 3, 2022                    THE BARRY LAW FIRM

By: /s/ David N. Barry_____
DAVID N. BARRY, ESQ.
Attorneys for Plaintiffs,
ARULSENTHILK SHANMUGAM and
SUJAI SHANMUGAUNDRARAM

-2-

**JOINT STIPULATION TO EXTEND TIME FOR FILING FOR MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES; ORDER**

THETA LAW FIRM, LLP

Dated: February ___, 2022    By: /s/_____
SOHEYL TAHSILDOOST, ESQ.
MEHGAN GALLAGHER, ESQ.
Attorneys for Defendant,
MERCEDES-BENZ USA LLC

## ORDER

Upon consideration of the Joint Stipulation of Plaintiff and Defendant to Extend Time for Filing Motion For Attorney's Fees, Costs and Expenses and good cause appearing therefore:

**IT IS ORDERED** that:

Plaintiffs' deadline to file a Bill of Costs is extended 14 days from February 17, 2022 to March 3, 2022

Plaintiffs' deadline to file a Motion for Attorneys Fees, Costs and Expenses is extended 14 days from March 3, 2022 to March 17, 2022.

**IT IS SO ORDERED.**

**Dated:  February 15, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE